```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                      Case No. 14-11099-amc
Carrie Middleton                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: dlv            Page 1 of 2             Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW      Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db             +Carrie Middleton,    6239 Pine Street,    Philadelphia, PA 19143-1027
13244542        HC Processing Ctr. - 380,    P.O. BOX 829,   Attn: Bankruptcy Dept.,
                 Springdale, AR 72765-0829
13348636       +MICHAEL A. LATZES, ESQUIRE,    1528 Walnut Street, Suite 700,    Philadelphia, PA 19102-3607
13244543       +P.G.W.,   800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
13244544       +PNC Bank National Association,    3232 Newmark Drive,    Attn: Bankruptcy Dept.,
                 Miamisburg, OH 45342-5421
13263173       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14237742       +PNC Bank, National Association,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106,
                 PNC Bank, National Association 19106-1541
13281825        Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
13244548       +Wells Fargo Financial Card,    P.O. BOX 14517,   Attn: Bankruptcy Dept.,
                 Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:20      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13292205        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2019 03:45:56
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13346571        E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:20      City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13244541       +E-mail/Text: bankruptcy@hccredit.com Jul 18 2019 03:38:55      HC Credit/Feb,
                 203 E. Emma Ave., Suite A,    Attn: Bankruptcy Dept.,    Springdale, AR 72764-4625
13279279       +E-mail/Text: bankruptcy@hccredit.com Jul 18 2019 03:38:55      HC Processing Center,
                 Post Office Box 829,    Springdale AR 72765-0829
13301454        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2019 03:38:06      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13267062        E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:27
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13244545       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2019 03:36:53
                 Verizon,    P.O. BOX 5029,    Attn: Bankruptcy Dept.,    Wallingford, CT 06492-7529
13244546       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2019 03:36:53
                 Verizon Wireless,    P.O. BOX 26055,    Attn: Bankruptcy Dept.,    Minneapolis, MN 55426-0055
13244549       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:37:16      WFNNB/Dress Barn,
                 P.O. BOX 182789,    Attn: Bankruptcy Dept.,    Columbus, OH 43218-2789
13244547        E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:19      Water Revenue Bureau,
                 1401 J.F.K. Blvd.,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA  50306-0438
13542542*      +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: dlv                 Page 2 of 2                   Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW           Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              DAVID   NEEREN    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              HAROLD N. KAPLAN    on behalf of Creditor    PNC Bank, National Association hkaplan@rasnj.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor Carrie   Middleton efiling@mlatzes-law.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,   brausch@pincuslaw.com
              SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Carrie Middleton
        Debtor(s)　　　　　　　　　　　　　　　Bankruptcy No: 14−11099−amc
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

              900 Market Street
              Suite 400
              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                        For The Court
                                        Timothy B. McGrath
                                        Clerk of Court

Dated: 7/17/19

                                                                     64 − 62
                                                                 Form 138_new