Certificate Number: 01401-PAE-DE-033155675

Bankruptcy Case Number: 14-11099



01401-PAE-DE-033155675

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2019, at 6:45 o'clock PM EDT, Carrie Middleton completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 24, 2019 _____   By:   /s/Jeremy  Lark _____

Name:  Jeremy  Lark _____

Title:  FCC Manager _____